# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| A.W.G. DEWAR, INC., and INTACT INSURANCE GROUP USA LLC<br><br>*Plaintiff*,<br><br>v.<br><br>MOLLY MASTRIANNI,<br><br>*Defendant.* | Case No. 1:26 |

**PLAINTIFF'S EXPEDITED INTERROGATORIES**
**TO DEFENDANT MOLLY MASTRIANNI**

Pursuant to Federal Rule of Civil Procedure 33 and the Court's Order granting expedited discovery, Plaintiffs A.W.G. Dewar, Inc. and Intact Insurance Group USA LLC (collectively, "Dewar") hereby propound the following Interrogatories upon Defendant Molly Mastrianni ("Defendant"), to be answered fully, in writing, and under oath, within the time set by the Court's Order on expedited discovery.

**DEFINITIONS**

"Communication" means any oral, written, or electronic exchange of information, including but not limited to letters, emails, text messages, instant messages, social media messages, voicemails, notes, memoranda, and any other form of correspondence or transmission of information.

"Confidential Information" means Dewar's trade secret, confidential, and proprietary information, including but not limited to customer identities, prospective customer identities, contact names, titles, email addresses, mailing addresses, renewal schedules, pricing information, business strategies, marketing campaigns, and related information Dewar maintains in Constant Contact and elsewhere.

"Constant Contact" means the Constant Contact email marketing platform and database Dewar uses to maintain customer and prospective customer contact information and marketing materials, and all data contained therein.

"Dewar" means Plaintiff A.W.G. Dewar, Inc. and its affiliate Intact Insurance Group USA LLC, and their respective officers, directors, employees, agents, and representatives.

"Defendant" means the named defendant in this matter, Molly Mastrianni.

"Document" means the term as defined in Federal Rule of Civil Procedure 34(a) and includes all writings, drawings, graphs, charts, photographs, sound recordings, images, electronically stored information, and other data or data compilations stored in any medium from which information can be obtained, translated, or converted into a reasonably usable form. This term includes, without limitation, all originals, copies, drafts, revisions, metadata, and any non-identical copies.

"Identify" when used with respect to a Person, means to state the Person's full name, present or last known address, telephone number, and present or last known employer and job title. When used with respect to a Document, means to state the type of Document, its date, author(s), recipient(s), subject matter, its present location, and its custodian.

"Person" means any natural person, corporation, partnership, limited liability company, association, governmental entity, or any other legal entity.

"Vertical" means Vertical Insure, Inc., and its officers, directors, employees, agents, and representatives.

"You" or "Your" means Defendant Molly Mastrianni.

## INSTRUCTIONS

Each Interrogatory is directed to and seeks information available to you, your agents, and all persons acting on your behalf. You must provide separate answers to each Interrogatory that corresponds to the numbered Interrogatories below, with a verification.

In answering these Interrogatories, furnish all information available to you, including information in the possession of all persons acting on your behalf. If you cannot answer the Interrogatories in full after exercising due diligence to secure the information, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

The Interrogatories which follow are continuing in nature, and you must provide, by way of supplementary answers thereto, such additional information as you or any person acting on your behalf may hereafter obtain which will augment, clarify, or otherwise modify the answers now given to these Interrogatories.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Describe the circumstances under which you accessed Dewar's Constant Contact database on or about April 22, 2026, including:

a) how you "discovered" that your login credentials remained active;
b) what actions you took upon accessing the database;
c) what information you viewed, accessed, or obtained;
d) how long you were logged in; and
e) whether you downloaded, exported, copied, screenshotted, or otherwise retained any information from the database.

**INTERROGATORY NO. 2:** Identify all Dewar information, including but not limited to Dewar's customer or prospective customer information, that you have in your possession, custody, and/or control and for all such information state:

a) what the information is;
b) where the information was stored;
c) how you obtained the information;
d) where you currently store the information; and
e) who authorized you to retain the information.

**INTERROGATORY NO. 3:** Identify all Dewar information, including but not limited to Dewar's customer and prospective customer information, that you have used, disclosed, transmitted, or shared with any Person since April 17, 2026, and for each such disclosure or use, state:

a) the specific information used or disclosed;
b) the date of use or disclosure;
c) the Person to whom it was disclosed;
d) the purpose of the use or disclosure; and
e) who authorized you to disclose the information.

**INTERROGATORY NO. 4:** Describe in detail the full scope of your role at Vertical, including:

a) your title;
b) your start date;
c) your responsibilities;
d) your assigned territory or accounts;
e) the educational institutions you have contacted or solicited on behalf of Vertical;
f) the date you first communicated with Vertical concerning potential employment by Vertical and the identity of the individual(s) with whom you communicated; and
g) the identity of your direct supervisor(s).

**INTERROGATORY NO. 5:** Identify each electronic device (including laptops, desktop computers, tablets, smartphones, external hard drives, USB drives, and cloud storage accounts) that You have used at any time from January 1, 2026 to the present to:

a) access any Dewar system, database, or platform; or
b) store, access, or transmit any Dewar Confidential Information and/or customer data.

**INTERROGATORY NO. 6:** Identify each and every instance in which you accessed any Dewar system, database, account, or platform (including but not limited to Constant Contact) after April 17, 2026, and for each instance, state:

a) the date and time of access;
b) the system or platform accessed;
c) the device used to access the system or platform;
d) the location from which you accessed the system or platform;
e) the purpose of the access;
f) what information you viewed, copied, downloaded, exported, or transmitted; and
g) who authorized your access.

**INTERROGATORY NO. 7:** Identify each customer or prospective customer that you have contacted, solicited, or communicated with on behalf of Vertical since your employment with Vertical began, including but not limited to each Dewar customer or prospective customer that you have so contacted, solicited, or communicated with on behalf of Vertical, and for each, state:

a) the name of the institution;
b) the date(s) of contact;
c) the nature of the Communication; and
d) for each Dewar customer or prospective customer, the source of your knowledge of that institution as a Dewar customer or prospective customer.

**INTERROGATORY NO. 8:** State whether you have deleted, destroyed, or disposed of any Documents, data, or information relating to Dewar, Dewar's customers, or Dewar's Confidential Information at any time since April 17, 2026, and if so, describe:

a) the nature of the Documents, data, or information;
b) the date of deletion or destruction;
c) the method of deletion or destruction; and
d) the reason for the deletion or destruction.

**INTERROGATORY NO. 9:** Identify all email accounts, messaging applications, and cloud storage services that you have used since April 17, 2026 to communicate about or store information relating to Dewar, Dewar's customers, Dewar's Confidential Information, or your employment with Vertical.

Date: September __, 2026

Respectfully Submitted,

A.W.G. Dewar, Inc. and Intact Insurance Group USA LLC

By their attorneys,

*/s/Garrett A.D. Gee*
Erik J. Winton, BBO #600743
Garrett A.D. Gee, BBO #708219
JACKSON LEWIS P.C.
75 Park Plaza, 4TH Floor
Boston, MA 02116
(617) 367-0025
Erik.Winton@jacksonlewis.com
Garrett.Gee@jacksonlewis.com

(*Motion for Pro Hac Vice forthcoming*)
John M. Remy (VA Bar #65863)
Jackson Lewis P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
(703) 483-8300
John.Remy@jacksonlewis.com