# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| A.W.G. DEWAR, INC., and INTACT INSURANCE GROUP USA LLC<br><br>*Plaintiff*,<br><br>v.<br><br>MOLLY MASTRIANNI,<br><br>*Defendant.* | Case No. 1:26 |

**SCHEDULE OF DOCUMENT REQUESTS TO ACCOMPANY**
**SUBPOENA DUCES TECUM TO CONSTANT CONTACT**

The following Document requests accompany the Subpoena Duces Tecum issued pursuant to Federal Rule of Civil Procedure 45 and the included Court Order to Constant Contact, in connection with the above-captioned action. Plaintiffs A.W.G. Dewar, Inc. and Intact Insurance Group USA LLC (collectively, "Dewar") seek production of the following Documents and records related to the Constant Contact account(s) associated with Dewar and accessed by Defendant Molly Mastrianni on or about April 22, 2026, without authorization.

## DEFINITIONS

"Dewar Account" means the Constant Contact account(s) associated with A.W.G. Dewar, Inc., including any and all user accounts, sub-accounts, or login credentials associated therewith.

"Relevant Period" means April 17, 2026 through April 30, 2026.

"User Credentials" means the login credentials, including the email address and password, associated with Defendant Molly Mastrianni's access to the Dewar Account.

"Defendant" means the defendant in the above-captioned matter, Molly Mastrianni.

"Vertical" means Vertical Insure, Inc.

## INSTRUCTIONS

1. This subpoena duces tecum is issued pursuant to Federal Rule of Civil Procedure 45. You are required to produce the Documents and records described below at the time and place specified in the accompanying subpoena, or as otherwise agreed upon by the parties.

2. The term "Document" as used herein has the meaning set forth in Federal Rule of Civil Procedure 34(a) and includes all writings, records, electronically stored information, and data or data compilations stored in any medium from which information can be obtained.

3. Documents shall be produced as they are kept in the ordinary course of business. Electronically stored information shall be produced in its native format or in a reasonably usable form.

4. If any Document responsive to these requests has been destroyed or is no longer in your possession, custody, or control, please identify each such Document, describe its contents, state the date and manner of its destruction or disposition, and identify the Person(s) responsible.

## DOCUMENT REQUESTS

**REQUEST NO. 1:** All access logs, login records, and authentication records for the Dewar Account during the Relevant Period, including the date and time of each login attempt (successful or unsuccessful), the username or email address used, the IP address from which access was attempted, and any session identifiers.

**REQUEST NO. 2:** All records identifying the IP address(es) from which the Dewar Account was accessed during the Relevant Period, including any available geolocation data associated with each IP address.

**REQUEST NO. 3:** All records identifying the device(s), device identifiers, browser type(s), and operating system(s) used to access the Dewar Account during the Relevant Period.

**REQUEST NO. 4:** All records of any data exported, downloaded, or transmitted from the Dewar Account during the Relevant Period, including the identification of all data exported or downloaded, date and time of any export or download, the type and volume of data exported or downloaded, and the format in which the data was exported.

**REQUEST NO. 5:** All records of any changes made to the Dewar Account settings, contact lists, email lists, segments, tags, or campaigns during the Relevant Period.

**REQUEST NO. 6:** All records of any contacts, lists, or data that were viewed, searched, filtered, sorted, or queried within the Dewar Account during the Relevant Period including which user performed the action.

**REQUEST NO. 7:** All records reflecting the account history of the User Credentials associated with Defendant Molly Mastrianni, including the date the credentials were created, any modifications to the credentials, and any records of prior access using those credentials.

Date: September __, 2026

Respectfully Submitted,

A.W.G. Dewar, Inc. and Intact Insurance Group USA LLC

By their attorneys,

*/s/Garrett A.D. Gee*
Erik J. Winton, BBO #600743
Garrett A.D. Gee, BBO #708219
JACKSON LEWIS P.C.
75 Park Plaza, 4TH Floor
Boston, MA 02116
(617) 367-0025
Erik.Winton@jacksonlewis.com
Garrett.Gee@jacksonlewis.com

(*Motion for Pro Hac Vice forthcoming*)
John M. Remy (VA Bar #65863)
Jackson Lewis P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
(703) 483-8300
John.Remy@jacksonlewis.com